✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF      Massachusetts

USA

V.

Portorreal

## EXHIBIT AND WITNESS LIST

Case Number:  22-mj-4236

| PRESIDING JUDGE Hennessy | PLAINTIFF'S ATTORNEY Ferguson | DEFENDANT'S ATTORNEY DiLibero |
|---|---|---|
| TRIAL DATE (S) 07/07/2022 | COURT REPORTER Digitial | COURTROOM DEPUTY King |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| 1 | | 7/7/2022 | x | | Immigration Detainer, dated 6/2/22 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.